BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: BPS DIRECT, LLC, | ) | |
| AND CABELA'S, LLC, | ) | MDL Docket No. 3074 |
| WIRETAPPING LITIGATION | ) | |

## AMENDED PROOF OF SERVICE

I hereby certify that, pursuant to J.P.M.L. Rule 4.1(a), on March 8, 2023, I filed a Notice of Potential Related Action with the J.M.P.L.'s CM/ECF system and caused the same to be mailed by U.S. Mail, to the foregoing, and the notice of electronic filing to all counsel of record and/or unrepresented parties in the following Related Action:

| Action | Parties |
|---|---|
| *Durham v. Cabelas LLC* (C.D. Cal.; Case No.: 2:23-cv-01630-GW-KES) | *Counsel for Plaintiff Timothy Durham*:<br>Francis J. Flynn , Jr.<br>Law Office of Francis J. Flynn, Jr.<br>6057 Metropolitan Plaza<br>Los Angeles, CA 90036<br>314-662-2836<br>Email: casey@lawofficeflynn.com<br><br>*Defendant Cabela's, LLC (counsel has not yet appeared)*:<br>Cabela's LLC<br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |

And the following Clerk of Court:

| |  |
|---|---|
| ***Clerk of Court***<br>***United States District Court for the Central District of California***:<br>Los Angeles Courthouse<br>Attention Correspondence Clerk<br>255 East Temple Street, Suite TS-134<br>Los Angeles, CA 90012 |  |

Dated: March 8, 2023.

<u>/s/ MaryBeth V. Gibson</u>
MaryBeth V. Gibson
Georgia Bar No. 785243
**THE FINLEY FIRM, P.C.**
3535 Piedmont Rd.
Building 14, Suite 230
Atlanta, GA  30305
Phone: (404) 978-6971
Fax: (404) 320-9978
mgibson@thefinleyfirm.com
*Counsel for Plaintiff Timothy Durham*
