BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING LITIGATION | MDL Docket No. 3074 |

## PROOF OF SERVICE

I hereby certify that, pursuant to J.P.M.L. Rule 4.1(a), on March 8, 2023, I filed this Interested Party Response in Support of Motion for Transfer of Related Actions to the Eastern District of Pennsylvania Pursuant to 28 U.S.C. § 1407 with the J.M.P.L.'s CM/ECF system, which will serve each of the parties to this MDL electronically.

Dated: March 8, 2023.

/s/ MaryBeth V. Gibson
MaryBeth V. Gibson
Georgia Bar No. 785243
**THE FINLEY FIRM, P.C.**
3535 Piedmont Rd.
Building 14, Suite 230
Atlanta, GA  30305
Phone: (404) 978-6971
Fax: (404) 320-9978
mgibson@thefinleyfirm.com

Francis J. Flynn, Jr.
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plaza
Los Angeles, CA 90036
314-662-2836
Email: casey@lawofficeflynn.com

*Counsel for Plaintiff Timothy Durham*